RECEIVED
JUN 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| BJD Properties, LLC | Civil Action No. 6:16-01757 |
| versus | Judge Rebecca F. Doherty |
| Stewart Title Guaranty Co. | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss the Claims for Failure to State a Claim Pursuant To Rule 12(b)(6) filed by Defendant, Stewart Title Guaranty Co. [Rec. Doc. 7] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15 day of June, 2017.

Rebecca F. Doherty
United States District Judge